UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MICHAEL LOUIS RAMSEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:20-CV-485-TAV-HBG |
| | ) | |
| SGT. KIDD, CHIEF STEVENS, | ) | |
| CHIEF BIVENS, CHIEF PERVIS, | ) | |
| CHIEF BRAVO, LT. SPRENG, | ) | |
| LT. FRITZ, LT. SMITH, | ) | |
| LT. OLDHAM, CAPT. COX, | ) | |
| SGT. TRAVIS, SGT. PEMBERTON, | ) | |
| CAPT. TURNER, SGT. OLDHAM, | ) | |
| CPL. MCCOY, CPL. HARVEY, | ) | |
| CPL. JONES, OFFICER HEMLIN, | ) | |
| OFFICER BAKER, SGT. CLEMENT, | ) | |
| OFFICER BEVINS, OFFICER SMITH, | ) | |
| OFFICER LEE, CPL. MONEYMAKER, | ) | |
| OFFICER CRAIN, OFFICER SECKMAN, | ) | |
| MAIL ROOM OFFICER, | ) | |
| OFFICER BARTLETT, | ) | |
| OFFICER SACKMAN, NURSE LESLIE, | ) | |
| NURSE HARRIS, | ) | |
| MEDICAL SUPERVISER DACUS, | ) | |
| PSYCHIATRIST BURNSIDE, | ) | |
| OFFICER TRIPPETT, | ) | |
| OFFICER WILLIAMS, | ) | |
| OFFICER DUNCAN, CPL. SEALS, | ) | |
| OFFICER YOKLEY, | ) | |
| DOCK SUPERVISORS, and | ) | |
| CPL. RICKMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 6] is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

4. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

6. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A);

7. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*, *see* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8. The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE